# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO ☐
- Misd. ☐
- Felony ☒ District

417 - 04 - 1708 (Assigned / Disp./Sentence)

U.S. vs. **NEWMAN, Steven**

Case Filed: 03/25/92
Docket No.: 00014  Def.: 01
No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | Criminal Information / OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to possess with intent to distribute marijuana, a schedule I controlled substance | 1 |

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE (EARLIEST OF): ___
- **END ONE / BEGIN TWO** — KEY DATE (APPLICABLE): 3-25-92 — ☒ Information
- KEY DATE: 3-25-92 — a) ☒ 1st appears on pending charge /R40
- **END INTERVAL TWO** — KEY DATE (APPLICABLE): 3-25-92 — ☒☒ Pled guilty

DISPOSITION DATE: 3-25-92

## III. MAGISTRATE

(blank)

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.: **Eric Evenson**

Defense: ☒ CJA, 2 ☒ Ret.

Address:
Marcus W. Chestnutt
P.O. Drawer 1654
New Bern, NC  28560
633-2700

Sent: 8/20/92  Rd.

**Plea: 3/25/92**

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

### BAIL / RELEASE

**POST-INDICTMENT**
- AMOUNT SET: 5,000. Uns
- Date Set: 3-25-92
- Date Bond Made: 3-25-92

**V. PROCEEDINGS**

| Date | # | Proceedings | |
|---|---|---|---|
| 3-25-92 | | AT RALEIGH BEFORE JUDGE BOYLE (C.R.-Sharon Kroeger) Deft sworn - deft competent - Rule 11 conducted | |
| | 1 | Waiver of Indictment Filed | |
| | 2 | Criminal Information Filed | |
| | 3 | Memorandum of Plea Agreement Filed Plea of Guilty to C.I. Govt summ. evid. Plea freely & vol. ent. Factual basis exists Court accepts plea Deft rel. on bond. Sent: 7/13/92 at Raleigh | jh |
| 3-25-92 | 4 | ORDER SETTING CONDITIONS OF RELEASE - $5,000. Uns with special conds. (Judge Boyle) c: USA, USPO, PtS, USM, Counsel, Deft | jh |
| 3-25-92 | 5 | APPEARANCE BOND - $5,000. Uns. executed by all parties (Judge Boyle) c: USA, USPO, PTS, USM, Counsel, Deft | jh |
| 6-18-92 | | ISSUED NOTICE TO APPEAR for sentencing on 7-1-92 at 9:00 a.m. in Elizabeth City, NC before Judge Boyle - Cys: USA, USPO, USM, Counsel & Judge Boyle | jm |
| 6-22-92 | 6 | MOTION FOR CONTINUANCE OF SENTENCING HEARING - filed by govt. - lc: Judge Boyle | jm |
| 8/3/92 | 7 | DEFT'S. SENTENCING MEMORANDUM - w/cs, cy to Judge Boyle | bll |
| 8-17-92 | | NOTICE OF SENTENCING: Judge Boyle: Thursday 8-20-92 @ 2:00p.m. in Raleigh, lcc: USM, USA, USP, Counsel, Judge. | wsc. |
| 8-21-92 | | AT RALEIGH- C.R. Sharon Kroeger. Judge- Boyle JUDGEMENT: that Deft. be incarcerated for 9 mths w/the Federal BOP, Supervised release 36 mths following incarceration w/ special conditions as follows: 1. Deft. shall not incur new credit charges/open additional lines of credit w/o the O.K. of USPO. 2. Deft. shall provide the USPO w/ access to any requested financial information. 3. Deft. shall not use nor associate w/ any controlle substances. 4. Deft. shall participate in Sub. Abuse prevention/Rehabil- itation program as directed & will submit to drug testing as directed. No fine. No restitution. Special Assessment of $50.00 is imposed. Reporting date- 9-30-92 (Judge Boyle) CROB. #14, pg. 120, cys. dist. USA, USPO, USM, Counsel, Judge, Fin., File, PTS, | wsc |
| 8-21-92 | 8 | ORDER TO SURRENDER.: signed-- Judge Boyle, Deft. Def. Att., Deft. ordered to report on Sept. 30, 1992 at noon at his own expense to BSM as directed by USM. | wsc |
| 10/8/92 | | RETURN on Judgement-def't voluntarily surrendered on 9/30/92 to W. F. Woods, Warden at FPC Seymour Johnson; Rose G. Harvey | bb |
| 8/3/94 | | PETITION FOR ACTION ON SUPERVISED RELEASE - Ordered the deft. perform 25 hours of community service work, as directed by the USPO and if referred for placement and monitoring by the State of North Carolina, pay the required $100 fee - Except as modified the judgment shall remain in full force and effect (Judge Boyle) CR OB#19, p. 102 lcc: USA, USM, Counsel, Judge Boyle, 3cc: USPO | fs |




CONTINUED TO PAGE ___

LETTER CODES

For identifying periods of excludable delay per 18 USC 3181 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]

B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
S Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3181(i)
W Grand Jury indictment time extended 30 more days, 3181 (b)